UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
Civil No. 02-43 (DSD/ESS)

| | | |
|---|---|---|
| ANDREW ALLEN ZANE, | ) | |
| | ) | |
| Petitioner, | ) | |
| | ) | ORDER |
| v. | ) | |
| | ) | |
| ROB MUNDT, Warden, | ) | |
| | ) | |
| Respondent. | ) | |

The above-captioned matter is before the undersigned United States Magistrate Judge pursuant to Respondent's request for enlargement of time. Based upon that motion, and good cause appearing therefore,

IT IS HEREBY ORDERED that the Respondent's Motion is GRANTED, and that Respondent shall be granted until February 25, 2002 to prepare and submit its return to the Petition.

Dated: January 31, 2002

E.S. Swearingen

E.S. SWEARINGEN
United States Magistrate Judge

FILED FEB - 1 2002
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD____
DEPUTY CLERK____